Same case below, 344 Fed. Appx. 53.

**No. 09-8022. Vincent Tu, Petitioner v. California.**

559 U.S. 1071, 130 S. Ct. 2092, 176 L. Ed. 2d 729, 2010 U.S. LEXIS 3440.

April 19, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

**No. 09-8087. Albert Quezada, Petitioner v. California.**

559 U.S. 1071, 130 S. Ct. 2093, 176 L. Ed. 2d 729, 2010 U.S. LEXIS 3420.

April 19, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-8126. Omari Sharifa Coley, Petitioner v. United States.**

559 U.S. 1071, 130 S. Ct. 2093, 176 L. Ed. 2d 729, 2010 U.S. LEXIS 3465.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 336 Fed. Appx. 933.

**No. 09-8147. Joseph T. Nurek, Petitioner v. United States.**

559 U.S. 1071, 130 S. Ct. 2093, 176 L. Ed. 2d 729, 2010 U.S. LEXIS 3369.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 578 F.3d 618.

**No. 09-8185. James Joseph Brown, Petitioner v. United States.**

559 U.S. 1071, 130 S. Ct. 2093, 176 L. Ed. 2d 729, 2010 U.S. LEXIS 3317.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 329 Fed. Appx. 253.

**No. 09-8195. Paul E. Woodward, Petitioner v. Christopher B. Epps, Commissioner, Mississippi Department of Corrections.**

559 U.S. 1071, 130 S. Ct. 2093, 176 L. Ed. 2d 729, 2010 U.S. LEXIS 3297.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 580 F.3d 318.

**No. 09-8206. Gregory Shawn Mercer, Petitioner v. Virginia.**

559 U.S. 1072, 130 S. Ct. 2094, 176 L. Ed. 2d 729, 2010 U.S. LEXIS 3308,

April 19, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-8266. Ruben Ramirez Cardenas, Petitioner v. Texas.**

559 U.S. 1072, 130 S. Ct. 2094, 176 L. Ed. 2d 729, 2010 U.S. LEXIS 3303.

April 19, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.